Submitted October 16, affirmed November 20, 2013

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

FRANCISCO JAVIER AGUIRRE-AYON,
*Defendant-Appellant.*

Marion County Circuit Court
10C49364; A149740

314 P3d 372

Peter Gartlan, Chief Defender, and Neil F. Byl, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Hadlock, Judge.

PER CURIAM

Affirmed. *State v. Ibarra-Ruiz,* 250 Or App 656, 282 P3d 934, *rev den,* 353 Or 127 (2012).